**Order entered September 2, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00414-CR

## ISAAC PUGH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81674-2021**

### ORDER

Before the Court is attorney Robert L. Koehl's August 27, 2022 motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Robert L. Koehl as counsel of record for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

Once appointed, appellate counsel shall review the record and, within **THIRTY DAYS** of the date of appointment, shall notify the Court in writing whether counsel intends to: (1) file a new brief replacing the July 11, 2022 brief filed by former counsel; (2) file a supplemental brief; or (3) adopt the July 11, 2022 brief as filed.

We **DIRECT** the Clerk of the Court to send copies of this order to: the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Robert L. Koehl; Lisa Braxton, Chief–Appellate Division, Collin County District Attorney's Office; and appellant Isaac Pugh, TDCJ No. 02395458, Ellis Unit, 1697 FM 980, Huntsville, Texas 77343.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated when the order appointing new counsel is received or the Court deems it appropriate to do so.

/s/    ERIN A. NOWELL
        JUSTICE